# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHELBY ROBINSON, ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 16-0396-CG-C |
| vs. ) | CRIMINAL NO. 11-0212-CG-C |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 8, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of January, 2017.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE