IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHELBY ROBINSON,            ) | |
|                                                    ) | |
|                                                    ) | |
|        Petitioner,                        ) | |
|                                                    ) | CIVIL ACTION NO. 16-0396-CG-C |
| vs.                                              ) | CRIMINAL NO. 11-0212-CG-C |
|                                                    ) | |
| UNITED STATES OF AMERICA,  ) | |
|                                                    ) | |
|        Respondent.                     ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct his sentence (*see* Docs. 48 & 51) is due to be and hereby is **DENIED** both as time-barred pursuant to 28 U.S.C. § 2255(f)(3) and on the merits. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 12th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE