# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHELBY ROBINSON, )<br>)<br>Petitioner, )<br>) CIVIL ACTION NO. 16-0396-CG-C<br>)<br>vs. ) CRIMINAL NO. 11-0212-CG-C<br>)<br>UNITED STATES of AMERICA, )<br>)<br>Respondent. | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 30, 2019, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 29th day of August, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE