# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHELBY ROBINSON,** | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 16-0396-CG-C |
| | : |
| vs. | CRIMINAL NO. 11-0212-CG-C |
| | : |
| **UNITED STATES OF AMERICA,** | |
| | : |
| Respondent. | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's second motion to vacate, set aside or correct his sentence (Doc. 64) is due to be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3)(A) and Rule 4(b) of the Rules Governing Section 2255 Cases. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 29th day of August, 2019.

    /s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE